ANDREW J. SIMMONS, Respondent, v. THE TRAITEL MARBLE COMPANY, Appel-

lant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.